**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1534**

———————

VANESSA SHEVELL RICHARDSON, a/k/a Vanessa Richardson-El,

Plaintiff - Appellant,

v.

LOANCARE, LLC,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Richard Mark Gergel, District Judge.  (2:22-cv-03008-RMG)

———————

Submitted:  January 30, 2024                     Decided:  February 2, 2024

———————

Before KING, AGEE, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Vanessa Shevell Richardson, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vanessa Shevell Richardson appeals the district court's order adopting the magistrate judge's recommendation and affirming the bankruptcy court's order dismissing Richardson's adversary complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Richardson El v. LoanCare, LLC*, No. 2:22-cv-03008-RMG (D.S.C. Mar. 30, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*